# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MIDWEST SWIM & ACTIVE, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-0312-CV-W-FJG |
| J. KEVIN MCFALL, et al., | ) |
| Defendants. | ) |

## ORDER

On Friday, September 9, 2005, the Court held a teleconference with the parties regarding defendant J. Kevin McFall's desire to have a confidentiality and protective order in place in this case. As stated in the teleconference, the Court agrees with defendant McFall that a protective order (as described in defendant's letter to the Court, dated September 7, 2005) would be appropriate in this case. Defendant McFall is **DIRECTED** to file his motion for entry of confidentiality and protective order on or before **September 15, 2005,** and to submit via email a proposed order.

**IT IS SO ORDERED.**

                                           /s/ FERNANDO J. GAITAN, JR.
                                           Fernando J. Gaitan, Jr.
                                           United States District Judge

Dated: September 12, 2005.
Kansas City, Missouri.